## SUPREME COURT.

THOMAS F. WELLS agt. CHARLES KELSEY.

*Kings Special Term, April,* 1863.

MOTION was made at special term by the defendant for an order directing the clerk to mark the judgment " secured on appeal," under section 282 of the Code, to enable the defendant to obtain a loan upon the real estate covered by the judgment.

The motion was opposed upon the ground that, since the undertaking on appeal was given, the attorney for the plaintiff had executed a release of certain parts of the real estate of defendant from the operation of the judgment, and the legal effect of this was to discharge the sureties in the undertaking.

The court, SCRUGHAM, J., so held, and denied the motion, unless the appellant should execute a new undertaking upon the appeal.

> BRITTON & ELY, *for the motion.*
> CRARY, FEETER & CRONIN, *opposed.*